GEORGE JOLLEY, Respondent, *v.* THE HARTFORD FIRE INSURANCE COMPANY, Appellant.

*Jolley* v. *Hartford Fire Ins. Co.*, 122 App. Div. 895, affirmed.
(Argued December 1, 1909; decided December 17, 1909.) ·

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 18, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of fire insurance and for conversion.

*Daniel V. Murphy* for appellant.

*Vernon Cole* and *Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.